## (November 27, 1974)

■ In the Matter of RICHARD D. FRIEDMAN, on Behalf of "JOHN DOE", Appellant, v. HOWARD SHAPIRO, as Chairman and Committeeman, State of New York Commission of Investigation, et al., Respondents.—Order of the Supreme Court, Queens County, entered November 22, 1974, affirmed, without costs, insofar as it denied branches 1, 2, 3 and 5 of petitioner's application, *inter alia,* to quash a certain subpoena. No opinion. Appeal dismissed, without costs, insofar as it is from an order of the same court, entered November 26, 1974, which denied petitioner's motion for reargument. No appeal lies from an order denying a motion for reargument of a prior motion. Hopkins, Acting P. J., Martuscello, Cohalan, Christ and Brennan, JJ., concur.

## (November 29, 1974)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GARY FILIPIAK, ADOLF ADAMOWICZ and ROBERT JOHNSTON, Appellants.— Three judgments (one as to each defendant) of the Supreme Court, Queens County, all rendered December 5, 1973, affirmed. No opinion. The case is remitted to the Supreme Court, Queens County, for proceedings to direct defendants to surrender themselves to said court in order that execution of the judgments be commenced or resumed (CPL 460.50, subd. 5). Martuscello, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.